## BRADEN v. PANTHER CREEK OIL CO.

No. 7496—Opinion Filed Oct. 3, 1916.

(160 Pac. 217.)

### Appeal and Error—Briefs—Failure to File —Reversal.

Where the brief of the plaintiff in error, served and filed conformably to the rules of this court, appears reasonably to sustain the assignments of error, and the defendant in error has not filed a brief or offered excuse for failure so to do, it is not the duty of this court to search the record in order to find some theory upon which the record may be sustained, but such judgment may be reversed in accordance with the prayer of the petition in error.

(Syllabus by Bleakmore, C.)

Error from Superior Court, Tulsa County; M. A. Breckinridge, Judge.

Action by the Panther Creek Oil Company against G. T. Braden. Judgment for plaintiff, and defendant brings error. Reversed, with directions to dismiss case.

Haskell B. Talley, for plaintiff in error.

Rice & Lyons, for defendant in error.

Opinion by BLEAKMORE, C. This is an appeal from the Superior court of Tulsa county. Plaintiff in error has served and filed his brief conformably to the rules of this court; but defendant in error has not filed its brief or offered excuse for failure so to do.

In a case where, as here, the brief of the

plaintiff in error appears reasonably to sustain the assignments of error it is not the duty of this court to search the record in order to find some theory upon which the judgment of the trial court may be sustained; but it may reverse the same in accordance with the prayer of the petition in error. The defendant in error has also ignored the order of this court of April 11, 1916, requiring it to execute an increased or additional bond.

The brief of the plaintiff in error herein appears reasonably to sustain the assignments of error. The judgment should therefore be reversed, with directions to the trial court to dismiss the cause.

By the Court: It is so ordered.